Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-16784-PMM**

ROBERT F. ADAMS, III  
1106 HARRIETTA AVE.  
LANCASTER PA 17601

Petition Filed Date: 10/04/2017  
341 Hearing Date: 12/05/2017  
Confirmation Date: 10/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $525.00 | | 02/10/2020 | $525.00 | | 02/25/2020 | $525.00 | |
| 03/30/2020 | $525.00 | | 04/30/2020 | $525.00 | | 06/11/2020 | $525.00 | |
| 07/06/2020 | $525.00 | | 08/07/2020 | $525.00 | | 08/31/2020 | $525.00 | |
| 09/28/2020 | $525.00 | | 11/05/2020 | $525.00 | | 12/07/2020 | $525.00 | |
| 01/08/2021 | $525.00 | | 02/05/2021 | $525.00 | | 03/08/2021 | $525.00 | |
| 03/26/2021 | $525.00 | | 05/07/2021 | $525.00 | | 06/04/2021 | $525.00 | |

**Total Receipts for the Period: $9,450.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,110.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $356.16 | $0.00 | $356.16 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $236.07 | $0.00 | $236.07 |
| 9 | ECAST SETTLEMENT CORPORATION<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $286.90 | $0.00 | $286.90 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $632.12 | $0.00 | $632.12 |
| 3 | LENDMARK FINANCIAL SERVICES LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MERRICK BANK<br>»» 010 | Unsecured Creditors | $1,013.20 | $0.00 | $1,013.20 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $23,878.87 | $15,419.90 | $8,458.97 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,690.05 | $0.00 | $5,690.05 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $444.78 | $0.00 | $444.78 |
| 11 | ALAINE V GRBACH ESQ<br>»» 011 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC<br>»» 03U | Unsecured Creditors | $3,330.00 | $0.00 | $3,330.00 |

**Chapter 13 Case No. 17-16784-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,110.00 | Current Monthly Payment: | $525.00 |
| Paid to Claims: | $17,919.90 | Arrearages: | $1,050.00 |
| Paid to Trustee: | $1,717.60 | Total Plan Base: | $29,560.00 |
| Funds on Hand: | $472.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.