| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-16784-PMM

ROBERT F.  ADAMS, III  
1106 HARRIETTA AVE.  
LANCASTER  PA    17601  

Petition Filed Date: 10/04/2017  
341 Hearing Date: 12/05/2017  
Confirmation Date: 10/11/2018  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2021 | $525.00 | | 06/04/2021 | $525.00 | | 07/06/2021 | $525.00 | |
| 08/06/2021 | $525.00 | | 09/07/2021 | $525.00 | | 10/07/2021 | $525.00 | |
| 11/05/2021 | $525.00 | | 12/06/2021 | $525.00 | | 01/07/2022 | $525.00 | |
| 01/13/2022 | $1,050.00 | | 01/31/2022 | $525.00 | | 04/04/2022 | $525.00 | |
| 05/25/2022 | $525.00 | | 06/29/2022 | $525.00 | | 07/27/2022 | $525.00 | |

**Total Receipts for the Period:  $8,400.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $27,460.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  007 | Unsecured Creditors | $356.16 | $0.00 | $356.16 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  008 | Unsecured Creditors | $236.07 | $0.00 | $236.07 |
| 9 | ECAST SETTLEMENT CORPORATION<br>»»  009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  001 | Unsecured Creditors | $286.90 | $0.00 | $286.90 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $632.12 | $0.00 | $632.12 |
| 3 | LENDMARK FINANCIAL SERVICES LLC<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MERRICK BANK<br>»»  010 | Unsecured Creditors | $1,013.20 | $0.00 | $1,013.20 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»»  006 | Mortgage Arrears | $23,878.87 | $22,139.90 | $1,738.97 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $5,690.05 | $0.00 | $5,690.05 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $444.78 | $0.00 | $444.78 |
| 11 | ALAINE V GRBACH ESQ<br>»»  011 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC<br>»»  03U | Unsecured Creditors | $3,330.00 | $0.00 | $3,330.00 |
| 12 | AMERICAN WEB LOANS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-16784-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,460.00 | Current Monthly Payment: | $525.00 |
| Paid to Claims: | $24,639.90 | Arrearages: | $1,050.00 |
| Paid to Trustee: | $2,337.10 | Total Plan Base: | $29,560.00 |
| Funds on Hand: | $483.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.