United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                               Case No. 17-16784-pmm
Robert F. Adams, III                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                                     User: admin                                                 Page 1 of 3
Date Rcvd: Dec 21, 2022                                    Form ID: 138OBJ                                    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert F. Adams, III, 1106 Harriet Ave., Lancaster, PA 17601-1522 |
| 13993857 | + | AMERICAN WEB LOANS, 2128 N. 14TH STREET, SUITE 1, # 130, Ponca City, OK 74601-1831 |
| 13993858 | + | ASHLEY STARIN, 231 Mt. Hope School Road, Willow Street, PA 17584-9754 |
| 14122413 | | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., One Montgomery Plaza, Suite 706, 425 Swede Street Norristown, PA 19401 |
| 13995741 | + | Pennymac Loan Services, LLC, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14558135 | + | Pennymac Loan Services, LLC., c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14555818 | + | Pennymac Loan Services,LLC, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 22 2022 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 22 2022 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13993859 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 00:36:25 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13993860 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2022 00:36:26 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13993861 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2022 00:36:29 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13993862 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 22 2022 00:31:00 | Lendmark Financial Services LLC, 2118 Usher St, Covington, GA 30014 |
| 14066208 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2022 00:36:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14558023 | ^ | MEBN | Dec 22 2022 00:27:36 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14027557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 00:36:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13994330 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 00:36:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13993863 | | Email/PDF: ebnotices@pnmac.com | Dec 22 2022 00:36:33 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14030530 | | Email/PDF: ebnotices@pnmac.com | Dec 22 2022 00:36:33 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |

Case 17-16784-pmm  Doc 72  Filed 12/23/22  Entered 12/24/22 00:32:02  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14013747 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2022 00:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13994407 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 00:36:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13993864 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 00:36:25 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14036666 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 00:36:32 | Verizon, by American InfoSource LP as agent, 4515 Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14061535 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2022 00:36:33 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Robert F. Adams III avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Plaintiff Robert F. Adams III avgrbach@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CRAIG H. FOX | on behalf of Defendant Lendmark Financial Services LLC. bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| HARRY B. REESE | on behalf of Creditor Pennymac Loan Services LLC bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

JILL MANUEL-COUGHLIN
   on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com

MARIO J. HANYON
   on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

THOMAS SONG
   on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert F. Adams, III
        Debtor(s)

Case No: 17−16784−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/22

69 − 64
Form 138OBJ