United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16784-pmm |
| Robert F. Adams, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert F. Adams, III, 1106 Harriet Ave., Lancaster, PA 17601-1522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Plaintiff Robert F. Adams III avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Robert F. Adams III avgrbach@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CRAIG H. FOX | on behalf of Defendant Lendmark Financial Services LLC. bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2023 | Form ID: 195 | Total Noticed: 1 |

HARRY B. REESE
        on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com

JEROME B. BLANK
        on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
        on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com

MARIO J. HANYON
        on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROLANDO RAMOS-CARDONA
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

THOMAS SONG
        on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Robert F. Adams, III : Case No. 17−16784−pmm

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , March 27, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court