**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Robert F. Adams, III |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Eastern  District of  Pennsylvania |
| Case number | 17-16784 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 2466

**Date of payment change:** Must be at least 21 days after date of this notice    12/01/2021

**New total payment:** $ 1,272.04
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 451.89    **New escrow payment:** $ 479.83

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   Current interest rate: ____ %    New interest rate: ____ %

   Current principal and interest payment: ____    New principal and interest payment: $ ____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No.

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or a loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ ____    New mortgage payment: $ ____

page 1

Official Form 410S1    Notice of Mortgage Payment Change

| Debtor 1 | Robert | F. | Adams, III | Case number (if known) | 17-16784 PMM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Harry B. Reese**
Signature

Date: 10/19/2021

Print: Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq./ Sarah K. McCaffery, Esq.
First Name    Middle Name    Last Name

Title: Attorney

Company: Powers Kirn, LLC

Address: 8 Neshmainy Interplex, Suite 215
Number    Street

Trevose, PA   19053
City    State    ZIP Code

Contact phone: 215-942-2090

Email: bankruptcy@powerskirn.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert F. Adams, III<br><br>Debtor(s) | Case No.: 17-16784 PMM |
| PennyMac Loan Services, LLC<br><br>Movant<br><br>v.<br><br>Robert F. Adams, III<br><br>Respondent | |

## CERTIFICATION OF SERVICE
## OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 19, 2021.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Scott Waterman
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
info@ReadingCh13.com
Trustee

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA  17601
avgrbach@aol.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Robert F. Adams, III
1106 Harriet Ave.
Lancaster PA  17601
Debtor

Dated:  October 19, 2021

**/s/ Harry B. Reese**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant